UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE (OWENSBORO)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:06CR-14-S** |
| **DANIEL MICHAEL SKAGGS** | **DEFENDANT** |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant,, by consent and with Dom Major, retained Counsel, appeared in open court on February 27, 2006, and entered a plea of guilty as to Count 1 and 2 of the indictment with a plea agreement.  The United States was represented by Jo Lawless , Assistant United States Attorney.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 and 2 of the indictment, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends   that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS HEREBY ORDERED** that a date for sentencing as to this defendant is scheduled for May 23, 2006 at 1:30 p.m. Defendant is REMANDED to the custody of the United States Marshal, pending further orders of the Court.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

35