**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**VS**                                  **CRIMINAL ACTION NO.   3:06CR-14-S**

**DANIEL MICHAEL SKAGGS**                             **DEFENDANT**

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin (DN # 12), the pleas of Guilty by the Defendant to Counts 1 and 2 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

As stated in the Report and Recommendation of the Magistrate Judge, **sentencing is scheduled for May 23, 2006, at 1:30 P.M.** before the undersigned.

**IT IS SO ORDERED** this 27th day of March, 2006.

Copies to:
Counsel of Record
United States Attorney
United States Probation
United States Marshal